RECEIVED
JUL 15 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JONATHAN EDWARDS | CIVIL ACTION NO. 6:12-cv-3034 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| STATE OF LOUISIANA | MAGISTRATE JUDGE PATRICK J. HANNA |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is further directed to send a copy of this judgment to the keeper of the three strikes list in Tyler, Texas.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 15 day of July, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE